UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luis Soto,

                    Plaintiff,

          —v—                                                16-cv-5927 (AJN)

City of New York *et al.*,                                        ORDER

                    Defendant(s).

ALISON J. NATHAN, District Judge:

The Court has received the parties' letter motions requesting an extension of time to complete discovery but disputing how much time is required. *See* Dkt Nos. 35, 36. The parties have also predicted that some of the outstanding discovery disputes may require motion practice. As a result, the parties shall be referred to the Magistrate Judge, who shall determine the appropriate length of a discovery extension and resolve any discovery disputes that may arise.

The conference scheduled for October 20, 2017 is adjourned.

SO ORDERED.

Dated:  September **28**, 2017
          New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9.29.17

1